In the Supreme Court of Georgia

Decided: April 20, 2015

S15A0135. MADGE v. SAVANNAH-CHATHAM COUNTY PUBLIC
SCHOOL DISTRICT et al.
S15A0251. MADGE v. SAVANNAH-CHATHAM COUNTY PUBLIC
SCHOOL DISTRICT et al.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant to

Supreme Court Rule 59.

Affirmed without opinion. All the Justices concur.